UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN MASCIARELLI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD J. BOUDREAU & )<br>ASSOCIATES, LLC, )<br>and ARTHUR ORMOND )<br>)<br>Defendants. )<br>) | Civil Action No. 07-CA-10702-JLA |

**STIPULATION OF DISMISSAL**

The parties in the above action, pursuant to Fed. R. Civ. P., Rule 41(a)(1), hereby stipulate that all of the claims be dismissed, with prejudice and without costs.

Respectfully submitted this 14th day of Febuary, 2008.

SHAWN MASCIARELLI,
by his attorney

_____
Nicholas F. Ortiz, BBO# 655135
Law Office of Nicholas F. Ortiz, P.C.
306 Dartmouth Street
Suite 501
Boston, MA 02116
(617) 716-0282

RICHARD J. BOUDREAU &
ASSOCIATES, LLC and JOHN DOE
By their attorney,

_____
Robert L. O'Brien BBO#653806
Richard J. Boudreau & Associates, LLC
5 Industrial Way
Salem, NH 03079
603-890-1644 x209
877-349-0064 FAX
robjd@mail2firm.com

1